**Opinion issued July 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00590-CR

————————————

**DESIREE GLENNTRICE DUNFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Case No. 20CR1063

---

## MEMORANDUM OPINION

Appellant Desiree Glenntrice Dunford was convicted of the offense of burglary of a habitation and sentenced to ten years' confinement in the Institutional Division of the Texas Department of Criminal Justice, with the sentence probated and Dunford placed on five years of community supervision. Appellant has filed a

motion to dismiss her appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).